Certificate Number: 14751-NYS-DE-026946351

Bankruptcy Case Number: 15-12858



14751-NYS-DE-026946351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2016, at 4:08 o'clock PM PST, ALEC WASSERMAN completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   February 14, 2016          By:   /s/Laura E Hauptman

                                   Name: Laura E Hauptman

                                   Title: Certified Credit Counselor